UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAR 21 2025
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 11-29-AHM-6 | Date | March 21, 2025 |
|---|---|---|---|
| Title | United States v. Cesar Enrique Barrero | | |

Present: The Honorable  Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**    ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that Defendant has not carried his/her burden of establishing by clear and convincing evidence [18 U.S.C. § 3142(b-c)] that Defendant:

☒   will appear for further proceedings as required if released.

☒   will not endanger the safety of any other person or the community if released.

The Court bases its findings on the following:

☒   Allegations in petition

☐   Lack of bail resources

☐   No stable residence or employment

☐   Ties to foreign countries

☐   Previous failure to appear or violations of probation, parole, or release

☒   Nature of previous criminal convictions

☐   Substance abuse

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CR 11-29-AHM-6 | Date | March 21, 2025 |
| Title | United States v. Cesar Enrique Barreiro | | |

- ☐ Already in custody on state or federal offense
- ☐ Refusal to interview with Pretrial Services
- ☐

- ☑ Defendant did not oppose the detention request.

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.